HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
KARA R. OTTERVANGER, CA SBN #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KARINNA HERNANDEZ

**FILED**

OCT 23 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KARINNA HERNANDEZ,<br><br>　　　　Defendant. | Case No. 1:23CR-00017<br><br>[PROPOSED] **ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

　　　IT IS HEREBY ORDERED that defendant Karinna Hernandez (Fresno County Sheriff's JID # 7125626, Booking # 2431056) shall be released from the Fresno County Jail on Thursday, October 24, 2024, at 9:00 a.m. and immediately transported to The Salvation Army Adult Rehabilitation program (Salvation Army), located at 804 S. Parallel Avenue, Fresno, CA 93721, for intake and admission into the program. To ensure her safe and immediate transport to Salvation Army, the Fresno County Jail will release Ms. Hernandez to Kevin Mitchel from the Federal Defender's Office, for immediate and direct transport to the Salvation Army.

　　　Salvation Army is prepared for Ms. Hernandez's arrival for intake on Thursday, October 24, 2024, and has provided defense counsel with an acceptance letter dated October 22, 2024. Probation Officer Natali Valdivia and counsel for the Government have also been provided a copy. While enrolled in the program, Ms. Hernandez is ordered to participate and remain in the program until she satisfies the requirements of the residential program or until further order of

-2-

this Court. During this time, Ms. Hernandez will remain subject to all terms and conditions of her probation previously ordered. If Ms. Hernandez leaves the program at any time prior to completing the program, or if she is terminated from the program for any reason, she is ordered to immediately inform her probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: October 23, 2024

BARBARA A. MCAULIFFE
United States Magistrate Judge

Karinna Hernandez – Order for Release