HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
KARINNA MAURY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KARINNA MAURY HERNANDEZ,<br><br>　　　　　　Defendant. | CASE NO. 1:23-CR-00017-ADA<br><br>STIPULATION REGARDING CONTINUANCE; AND ORDER<br><br>DATE: November 6, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　This case is set for status conference on November 6, 2024. Defendant now moves to continue the status conference until December 18, 2024. No exclusion of time is necessary as this matter concerns a supervision violation petition. Defense counsel requires additional time to meet with her client, who is at Salvation Army, and to review discovery.

　　　　IT IS SO STIPULATED.

STIPULATION TO CONTINUE STATUS CONFERENCE

1

| | |
|---|---|
| Dated:  November 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney<br><br>HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  November 4, 2024 | */s/ Christina Corcoran*<br>Christina Corcoran<br>Counsel for Defendant<br>KARINNA MAURY HERNANDEZ |

### **ORDER**

IT IS SO ORDERED that the status conference is continued from November 6, 2024, to **December 18, 2024, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **November 4, 2024**         /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE