HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys  for Defendant
KARINNA MAURY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00017-ADA |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: December 18, 2024 |
| KARINNA MAURY HERNANDEZ, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

This case is set for status conference on December 18, 2024.  Defendant now moves to continue the status conference until January 16, 2025.  No exclusion of time is necessary as this matter concerns a supervision violation petition.  Defense counsel requires additional time to meet with her client, and the parties selected a date on which the Federal Defenders Office could facilitate Ms. Hernandez's transport to Court from the Salvation Army.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 16, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | */s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  December 16, 2024 | */s/ Christina Corcoran*<br>Christina Corcoran<br>Counsel for Defendant<br>KARINNA MAURY HERNANDEZ |

**ORDER**

The Court hereby continues the status conference currently scheduled for December 18, 2024, to January 16, 2025, at 2:00 p.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **December 17, 2024**

STANLEY A. BOONE
United States Magistrate Judge